FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Chief, Criminal Division

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01031 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| MICHAEL LOOK, | ) | DATE:  August 19, 2013 |
| | ) | TIME:  2:15 p.m. |
| Defendant. | ) | JUDGE: J. Michael Seabright |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

        Comes now the United States of America, by and through

its attorney, Thomas J. Brady, Assistant U.S. Attorney, and hereby

states that it has received and reviewed the document entitled,

"Draft Presentence Report."

The Government has no amendments or modifications to note thereto, and that it presently has no other factual information relevant to those areas addressed in said report.

DATED: July 12, 2013, at Honolulu, Hawaii.

Respectfully submitted,

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By /s/ Thomas J. Brady
   THOMAS J. BRADY
   Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically by CM/ECF:

MICHAEL J. GREEN                                    July 12, 2013
michaeljgreen@hawaii.rr.com

Attorney for Defendant
MICHAEL LOOK


Served by Hand-Delivery:

CARTER A. LEE                                       July 12, 2013
U.S. PROBATION OFFICE
300 Ala Moana Blvd., Room 2-300
Honolulu, HI  96850

DATED: July 12, 2013, at Honolulu, Hawaii.


                              /s/ Janice Tsumoto
                             U.S. Attorney's Office
                             District of Hawaii